**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AARON ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00004-HEA |
| | ) | |
| JASON LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented Petitioner Aaron Robinson's motion to proceed in forma pauperis on appeal.  In light of Petitioner's notice of appeal, appellate filing fees in the amount of $605 are assessed in this matter.  *See Henderson v. Norris*, 129 F.3d 481, 485 (8th Cir. 1997).  Pursuant to *Henderson*, no later than July 2, 2026, Petitioner shall file an updated copy of his prison account statement for the past six months.  *See id.* at 484 (outlining the process by which the assessed fees are calculated and collected for prisoner's seeking to proceed in forma pauperis on appeal).

Accordingly,

**IT IS HEREBY ORDERED** that no later than July 2, 2026, Plaintiff shall file an updated certified copy of his prison account statement (or institutional equivalent) for the past six months.

Dated this 8th day of  June, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE