**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AARON ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00004-HEA |
| | ) | |
| JASON LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This closed habeas matter is before the Court on self-represented Petitioner Aaron Robinson's "Motion to Dismiss Court Order Pursuant to In Forma Pauperis on Appeal," which the Court construes as a motion to withdraw Petitioner's motion to proceed in forma pauperis on appeal.  Doc. 70.  For the following reason, the Court grants the motion.

On June 6, 2026, the Court ordered Petitioner to file an updated copy of his prison account statement so that the Court could assess and collect his initial partial appellate filing fee.  *See* Doc. 69.  In response, Petitioner did not file an updated copy is his prison account statement, but instead filed the instant motion.  He states that he "wishes to dismiss court order . . . to pro-se in forma pauperis to proceed on appeal[] and notice of appeal, appellate filing fee also."  Doc. 70.  Although unclear, the Court interprets Petitioner's filing as a motion to voluntarily withdraw his motion

to proceed in forma pauperis on appeal and his appeal.  The Court grants the motion and will deny without prejudice as moot Petitioner's motion to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's "Motion to Dismiss Court Order Pursuant to In Forma Pauperis on Appeal," which the Court construes as a motion to voluntarily withdraw his motion to proceed in forma pauperis on appeal is **GRANTED**.  [Doc. 70]

**IT IS FURTHER ORDERED** that Petitioner's motion to proceed in forma pauperis on appeal is **DENIED** without prejudice as moot.  [Doc. 68]

Dated this 8th day of  July, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

- 2 -